UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA R. CATCHINGS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendant. | NO.  CV 19-09480-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), Plaintiff's Objections and Defendants' Response. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the magistrate judge.

　　　　Plaintiff objects that it is unclear from the Report whether her opposition to Defendants' motion to dismiss was addressed.  The Report acknowledges that Plaintiff filed an opposition.  (Report at 2.)  Plaintiff does not identify any argument in her opposition that was not addressed in the Report.

　　　　Plaintiff questions why the magistrate judge ordered service of the complaint upon Defendants by the U.S. Marshals Service when, "knowing that there were statute of limitations issues, the court could have asked for an amendment way back then, but did not."  (Obj. at 2.)  The statute of limitations is an affirmative defense.

*See Jones v. Bock*, 549 U.S. 199, 215 (2007). A court may, but is not obligated to, raise a complete defense that appears on the face of the complaint. *See Day v. McDonough*, 547 U.S. 198, 205 (2006).

Here, Plaintiff contends that she would have "won our opposition" had the court waited until she provided information to Defendants in response to discovery requests. (Obj. at 3.) Plaintiff explains that she will attach additional documents to a First Amended Complaint. The Report explains that, on a motion for judgment on the pleadings under Rule 12(c), the court's analysis is limited to the pleadings. (Report at 5-6.) The Report recommends dismissal with leave to amend so that Plaintiff may provide additional allegations or attachments to cure any deficiencies.[1]

Plaintiff's remaining objections are without merit.

Plaintiff requests that she be permitted to file her First Amended Complaint within 60 days. Plaintiff's request will be granted. Plaintiff also appears to question why she was denied "online access" by the Clerk's office. The Clerk will be directed to provide Plaintiff with a blank application for permission for electronic filing. Plaintiff may fill out and file the application if she is eligible for electronic filing.

Plaintiff requests the assistance of counsel. To the extent Plaintiff objects to the magistrate judge's denial without prejudice of her request for appointment of counsel, Plaintiff's objection is overruled at this stage of the proceedings. As the magistrate judge pointed out, Plaintiff has access to the federal Pro Se Clinic, which has locations in Los Angeles, Santa Ana and Riverside. In Los Angeles, Plaintiff may submit an online request for services or may contact Public Counsel at (213) 385-2977, ext. 270. Additional information is available online at www.prose.cacd.uscourts.gov/losangeles Plaintiff does not indicate whether she has attempted to obtain assistance from the federal pro se clinic.

---

[1] Plaintiff complains that Defendant Benson has not yet been served. The Report explains that the same analysis applies to Plaintiff's claims against Benson regardless of service. (Report at 10 n.5.) The matter is referred to the magistrate judge for further proceedings on service of process.

IT IS ORDERED that Defendants' motion for judgment on the pleadings under Fed. R. Civ. P. 12(c) is GRANTED and the Complaint is dismissed with leave to file a First Amended Complaint consistent with the Report within 60 days after entry of this Order.

If Plaintiff chooses to file a First Amended Complaint, it must be filed within 60 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a blank civil rights complaint form and a blank application for permission for electronic filing (Form CV 005).

**Plaintiff is advised that if she fails to file a timely and corrected First Amended Complaint within 60 days after the entry of this order, this action may be dismissed. Nothing in this order precludes Plaintiff from filing a request for an extension of time.**

DATED: October 7, 2020

DALE S. FISCHER
United States District Judge