UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA R. CATCHINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | NO.  CV 19-9480-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that Defendants' motion to dismiss Plaintiff's Second Amended Complaint under Fed. R. Civ. P. 12(b)(6) IS GRANTED IN PART AND DENIED IN PART as follows:

　　　　(1) The Section 1983 claims against Defendants Miller, Cortez and Gras are dismissed without leave to amend; and

　　　　(2) The motion to dismiss as to Defendants Abner and the City of Los Angeles is denied.

(3)     The action is referred back to the Magistrate Judge for further proceedings.

DATED: March 14, 2022

_____
DALE S. FISCHER
United States District Judge