**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAYNA R. CATCHINGS,<br><br>   *Plaintiff,*<br><br>vs.<br><br>THE CITY OF LOS ANGELES, THE STATE OF CALIFORNIA, SANITATION DEPARTMENT, LAPD, and THE SHERIFF'S DEPT.<br><br>   *Defendants.* | **CASE NO. 19-CV-9480-DSF-AGR**<br>*Hon. Dale S. Fischer, Ctrm 7D, 7th Fl. (First Street)*<br>*Hon. Alicia G. Rosenberg, Ctrm 550, 5th Fl. (Roybal)*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**TO ALL PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:**

    On Tuesday, June 25, 2024, at 10:00 a.m., a hearing on Defendants' Motion to Dismiss Plaintiff Dayna R. Catchings' Second Amended Complaint pursuant to Fed. R. Civ. P. 56 was heard in Courtroom 7D of the First Street Federal Building and U.S.

///
///
///
///
///
///

1

1  Courthouse, 350 West First Street in Los Angeles, before the Honorable Dale S. Fischer.
2      After full consideration of the pleadings, the moving and responding papers, the
3  authorities submitted by the parties, as well as oral argument by the parties, and good
4  cause appearing, the Court orders as follows: **IT IS ORDERED** that Defendants'
5  Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 56 is
6  GRANTED. Each side to bear its own costs and fees.

8  DATED:_____

                                            Honorable Dale S. Fischer
                                            United States District Judge