JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA R. CATCHINGS,<br>    Plaintiff,<br><br>v.<br><br>THE CITY OF LOS ANGELES, et al.,<br>    Defendants. | CV 19-9480 DSF (AGR)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is DISMISSED without prejudice as to Defendant Benson and with prejudice as to all other Defendants.

    IT IS SO ORDERED.

Date: January 23, 2025

                                 Honorable Dale S. Fischer
                                 United States District Judge